IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **QUINTERIOUS WILLIAMS, #327717,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-110-TFM-N |
| | ) |
| **CHRISTOPHER MORGAN**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On July 21, 2023, the Magistrate Judge entered a Report and Recommendation which recommends this action be dismissed without prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* Doc. 8. No objections were filed and the timeframe has passed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

Final judgment will be entered separately pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 11th day of September, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE